ALLEN GREENWOOD v. THE STATE.

No. 3483. Decided March 24, 1915.

**Theft of Automobile—Misdemeanor.**

Under the recent Act of the Legislature, the theft of an automobile is a misdemeanor, and can not be tried in the District Court. Following Sparks v. State, recently decided.

Appeal from the Criminal District Court of Dallas. Tried below before the Hon. Robt. B. Seay.

Appeal from a conviction of theft of an automobile; penalty, two years imprisonment in the penitentiary.

The opinion states the case.

*Newton P. Morrison* and *W. F. Bane,* for appellant.

*C. C. McDonald,* Assistant Attorney General, for the State.

DAVIDSON, JUDGE.—Appellant was convicted of theft of an automobile, his punishment being assessed at two years confinement in the penitentiary.

Under the Act of the Legislature the theft of an automobile is a misdemeanor and not triable in the District Court. Under the recent case of Sparks v. State, this case will be reversed and the cause remanded.

*Reversed and remanded.*